Judge Kathleen Cardone

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2011 APR 27 PM 12: 15

| | |
|---|---|
| UNITED STATES OF AMERICA, | § NO. EP-11-CR-_____ |
| Plaintiff, | § |
| | § **INDICTMENT** |
| vs. | § |
| | § VIOLATIONS: |
| HECTOR ENRIQUE PIZANA, | § |
| | § Ct 1: 18:2423(a) – Transportation of minor with intent to engage in criminal sexual activity |
| Defendant. | § Ct 2: 18:2423(b) - Travel with intent to engage in illicit sexual conduct |
| | § Ct 3: 18:2423(a) - Transportation of minor with intent to engage in criminal sexual activity |
| | § Ct 4: 18:2423(c) - Engaging in illicit sexual contact in foreign places |
| | § Ct 5: 18:2422 - Coercion & Enticement |
| | § Ct 6: 18:2260A - Commission of a Sex Offense By Registered Sex Offender |

**EP11CR1008**

THE GRAND JURY CHARGES:

<u>COUNT ONE:</u>
(18 U.S.C. §2423 - Transportation of Minor/Sexual Activity )

On or about February 5, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

did knowingly transport an individual who had not attained the age of 18 years, to wit: "RB" in interstate and foreign commerce, that is from the State of Texas to Ciudad Juarez, Chihuahua, Mexico, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO:
**(18 U.S.C. § 2423(b) - Travel With Intent To Engage In Illicit Sexual Activity)**

On or about February 5, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

a citizen of the United States, did knowingly travel in interstate and foreign commerce, that is from the State of Texas to Ciudad Juarez, Chihuahua, Mexico, for the purpose of engaging in illicit sexual conduct with another person, all in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE:
**(18 U.S.C. §2423 - Transportation of Minor/Sexual Activity )**

On or about February 18, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

did knowingly transport and cause to be transported an individual who had not attained the age of 18 years, to wit: "RB," in interstate and foreign commerce, that is from the State of Texas to Ciudad Juarez, Chihuahua, Mexico, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR:
**(18 U.S.C. §2423(c) - Engaging In Illicit Sexual Contact In Foreign Places)**

Beginning on or about February 5, 2008 and continuing until on or about February 18, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

a citizen of the United States, did knowingly travel in interstate and foreign commerce, that is from the State of Texas to Ciudad Juarez, Chihuahua, Mexico, and did engage in illicit

sexual conduct with another person; all in violation of Title 18, United States Code, Section 2423(c).

## COUNT FIVE:
### (18 U.S.C. §2422 - Coercion and Enticement)

Beginning on or about February 11, 2008 and continuing until on or about February 18, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

did knowingly persuade, induce, entice and coerce an individual, to wit: "RB", to travel in interstate and foreign commerce to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18 United States Code Section 2422(a).

## COUNT SIX:
### (18 U.S.C. § 2260A - Commission of Offense by Registered Offender)

Beginning on or about February 5, 2008 and continuing up to and including on or about February 20, 2008, in the Western District of Texas and elsewhere, the defendant,

**HECTOR ENRIQUE PIZANA,**

did commit the felony offenses involving a minor as charged in Counts 1 through 5 of this Indictment at times defendant was required to register as a sex offender under the laws of the State of Texas.

A TRUE BILL
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

3