Judge Kathleen Cardone

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP11CR1008

| SEALED: | | UNSEALED XXX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: April 27, 2011 | MAG CT #: 08-00766-MC | FBI #: |
| CASE NO: EP-11-CR- | ASSISTANT U.S. ATTORNEY: J. Brandy Gardes | |
| DEFENDANT: HECTOR ENRIQUE PIZANA | | DOB: REDACTED |

ADDRESS: REDACTED

| CITIZENSHIP: U.S. | INTERPRETER NEEDED: N/A | LANGUAGE: N/A |
|---|---|---|

DEFENSE ATTORNEY:
ADDRESS:

EMPLOYED ___
APPOINTED ___

DEFENDANT IS: Not Arrested

| DATE OF ARREST: Not Arrested | BENCH WARRANT: |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CTS 1 & 3:** 18:USC § 2423(a) - Transportation of minor with intent to engage in criminal sexual activity
**CT 2:** 18:USC § 2423(b) - Travel with intent to engage in illicit sexual conduct
**CT 4:** 18:USC § 2423(c)-Engaging in illicit sexual contact in foreign places
**CT 5:** 18:USC § 2422-Coercion & Enticement
**CT 6:** 18:USC § 2260A: Commission of a Sex Offense by Registered Sex Offender

OFFENSE IS: FELONY

MAXIMUM SENTENCE:
**CTS 1 & 3:** NOT LESS THAN 10 YRS UP TO LIFE/$250,000/NOT MORE THAN 5 YRS SUP RELEASE/$100 SPECIAL ASSESSMENT
**CT 2:** UP TO 30 YRS/$250,000/NOT MORE THAN 5 YRS SUP. RELEASE/$100 SPECIAL ASSESSMENT
**CT 4:** UP TO 30 YRS/$250,000/NOT MORE THAN 5 YRS SUP. RELEASE/$100 SPECIAL ASSESSMENT
**CT 5:** NOT MORE THAN 20 YRS/$250,000/NOT MORE THAN 3 YRS SUP. RELEASE/$100 SPECIAL ASSESSMENT
**CT 6:** 10 YRS/$250,000/NO MORE THAN 3 YRS SUP. RELEASE/$100 SPECIAL ASSESSMENT

PENALTY IS MANDATORY: **CTS 1 & 3:** YES

REMARKS: FBI- Leah R. Cottom

WDT-Cr-3